KATHLEEN J. ENGLAND
Nevada Bar No. 206
**GILBERT & ENGLAND LAW FIRM**
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone:   702.529.2311
E-mail:          kengland@gilbertenglandlaw.com

JASON R. MAIER
Nevada Bar No. 8557
DANIELLE J. BARRAZA
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile:   702.629.7925
E-mail:         jrm@mgalaw.com
                   djb@mgalaw.com

*Attorneys for Plaintiff Shane Kaufmann*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHANE KAUFMANN,<br><br>Plaintiff,<br><br>vs.<br><br>DESERT PALACE, INC. d/b/a CAESARS PALACE; DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-02037-KJD-GWF<br><br>ORDER<br>**STIPULATION AND REQUEST TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS (ECF No. 8)**<br><br>**(First Request)** |

Plaintiff Shane Kaufmann and Defendant Desert Palace LLC f/k/a Desert Palace, Inc., by and through their undersigned counsel, hereby agree and stipulate to extend the time for Plaintiff Shane Kaufmann to respond to Defendant's motion to dismiss [ECF No. 8] filed on October 25, 2018.

Under FRCP and local rules, the response of Plaintiff Shane Kaufmann is currently due

1

November 8, 2018, and this extension was requested by Plaintiff's counsel, who needed additional time to prepare a thorough opposition. The parties have agreed to request Court approval of Plaintiff's oppositional response time to and including **November 15, 2018**. The parties also agree that Defendant's reply will be filed no later than **November 29,** 2018. An Early Neutral Evaluation in this matter is currently scheduled for January 25, 2019, so this extension will not unduly delay this matter in any way.

DATED November 7, 2018

**MAIER GUTIERREZ & ASSOCIATES**

*/s/ Danielle J. Barraza*
JASON R. MAIER
Nevada Bar No. 8557
DANIELLE J. BARRAZA
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

KATHLEEN J. ENGLAND
Nevada Bar No. 206
**GILBERT & ENGLAND LAW FIRM**
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Shane Kaufmann*

DATED November 7, 2018

**LITTLER MENDELSON, P.C.**

*/s/ Patrick H. Hicks*
PATRICK H. HICKS
Nevada Bar No. 8527
SANDRA KETNER
Nevada Bar No. 8527
HILARY B. MUCKLEROY
Nevada Bar No. 9632
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169
*Attorneys for Defendant Desert Palace, LLC*

IT IS SO ORDERED.

DATED   November 14   , 2018

_____
KENT J. DAWSON
United States District Judge