UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| SHANE KAUFMANN, | Case No. 2:18-cv-02037-KJD-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| DESERT PALACE, INC., | |
| Defendant. | |

This matter is before the Court on Plaintiff's Proposed Discovery Plan and Scheduling Order (ECF No. 20), filed on January 29, 2019. Plaintiff requests a 225 day discovery plan. It appears, however, that Defendant did not provide a proposed discovery plan because it filed a motion to stay discovery. The Court hereby stays the filing of a joint proposed discovery plan and scheduling order until the Court rules on Defendant's motion to stay which is set for hearing on February 20, 2019. Accordingly,

**IT IS HEREBY ORDERED** that the filing of a joint proposed discovery plan and scheduling order is hereby **stayed** pending a ruling on Defendant's motion to stay which is set for hearing on February 20, 2019.

Dated this 1st day of February, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1