PATRICK H. HICKS, ESQ., Bar # 4632
SLITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
Email: phicks@littler.com

SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
200 S. Virginia Street,
8th Floor
Telephone:    775.348.4888
Fax No.:       775.562.8110
Reno, NV 89501
Email: sketner@littler.com

Attorneys for Defendant
DESERT PALACE, LLC f/k/a
DESERT PALACE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANE KAUFMANN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DESERT PALACE, INC., d/b/a CAESARS PALACE, DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　Defendant. | Case No. 2:18-cv-02037-KJD-DJA<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff SHANE KAUFMANN ("Plaintiff"), and Defendant DESERT PALACE, LLC f/k/a DESERT PALACE, INC. d/b/a Caesars Palace ("Desert Palace"), by and through their respective counsel of record, hereby stipulate to extend the time for Defendant to file an answer to Plaintiff's Complaint from the current deadline of August 19, 2019, up to and including **August 29, 2019.**

*/ / /*

*/ / /*

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This request is made in good faith and not for the purpose of delay, and it is the first request for an extension of time to respond to the Complaint.

Dated: August 16, 2019

Dated: August 16, 2019

 */s/ Kathleen J. England*
KATHLEEN J. ENGLAND, ESQ.
Gilbert & England Law Firm

JASON R. MAIER
DANIELLE J. BARRAZA
Maier Gutierrez & Associates

Attorneys for Plaintiff
SHANE KAUFMANN

 */s/ Sandra Ketner*
PATRICK H. HICKS, ESQ.
SANDRA KETNER, ESQ.
Littler Mendelson, P.C.

Attorneys for Defendant
DESERT PALACE, LLC
f/k/a DESERT PALACE, INC.

**ORDER**

IT IS SO ORDERED.

Dated this __19th__ day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

FIRMWIDE:166103836.1 083558.1244

2.