KATHLEEN J. ENGLAND
Nevada Bar No. 206
**GILBERT & ENGLAND LAW FIRM**
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone: 702.529.2311
E-mail: kengland@gilbertenglandlaw.com

JASON R. MAIER
Nevada Bar No. 8557
DANIELLE J. BARRAZA
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail: jrm@mgalaw.com
djb@mgalaw.com

*Attorneys for Plaintiff Shane Kaufmann*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHANE KAUFMANN,<br><br>Plaintiff,<br><br>vs.<br><br>DESERT PALACE, INC. d/b/a CAESARS PALACE; DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-02037-KJD-DJA<br><br>**STIPULATION AND REQUEST TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO CONSOLIDATE [ECF NO. 32]**<br><br>**[FIRST REQUEST]** |

Plaintiff Shane Kaufmann ("Plaintiff") and defendant Desert Palace LLC d/b/a Caesars Palace f/k/a Desert Palace, Inc. ("Defendant"), by and through their respective undersigned counsel, hereby agree and stipulate to extend the time for Plaintiff Kaufmann to respond to Defendant's motion to consolidate [ECF No. 32] filed on August 15, 2019.

Under FRCP and local rules, the response of Plaintiff is currently due on August 29, 2019. This extension was requested by Plaintiff's counsel, who needed additional time to prepare a thorough

1

opposition. The parties have agreed to request Court approval of this extension for Plaintiff's oppositional response time to and including **September 3, 2019**. This extension will not unduly delay this matter in any way. Plaintiff's undersigned counsel requested agreement and Ms. Ketner agreed. Due to the lateness of the day, she was not available to sign this Stipulation.

DATED 3rd day of September, 2019.

**GILBERT & ENGLAND LAW FIRM**

  /s/ Kathleen J. England
KATHLEEN J. ENGLAND, ESQ.
Nevada Bar No. 206
610 South Ninth Street
Las Vegas, Nevada 89101

JASON R. MAIER, ESQ.
Nevada Bar No. 8557
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for Plaintiff Shane Kaufmann*

DATED 3rd day of September, 2019.

**LITTLER MENDELSON, P.C.**

  /s/ Sandra Ketner
SANDRA KETNER, ESQ.
Nevada Bar No. 8527
200 S. Virginia Ave., 8th floor
Reno, NV 89501

PATRICK H. HICKS, Esq.
Nevada Bar No. 8527
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169
*Attorneys for Defendant Desert Palace, LLC, dba Caesars Palace*

IT IS SO ORDERED.

DATED __September 6__, 2019.

_____
Daniel J. Albregts
United States Magistrate Judge