KATHLEEN J. ENGLAND
Nevada Bar No. 206
**GILBERT & ENGLAND LAW FIRM**
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone:   702.529.2311
E-mail:   kengland@gilbertenglandlaw.com

JASON R. MAIER
Nevada Bar No. 8557
DANIELLE J. BARRAZA
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile:   702.629.7925
E-mail:   jrm@mgalaw.com
            djb@mgalaw.com

*Attorneys for Plaintiff Shane Kaufmann*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHANE KAUFMANN,<br><br>                    Plaintiff,<br><br>vs.<br><br>DESERT PALACE, INC. d/b/a CAESARS PALACE; DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                    Defendants. | Case No.: 2:18-cv-02037-KJD-EJY<br><br>**STIPULATION AND REQUEST TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 66]**<br><br>**[FIRST REQUEST]** |

Plaintiff Shane Kaufmann ("Plaintiff") and defendant Desert Palace LLC d/b/a Caesars Palace f/k/a Desert Palace, Inc. ("Defendant"), by and through their respective undersigned counsel, hereby agree and stipulate to extend the time for Plaintiff Shane Kaufmann to respond to Defendant's motion for summary judgment [ECF No. 66] filed on March 31, 2021.

Under FRCP and LR 7-2, Plaintiff's response to the motion for summary judgment is currently due April 21, 2021.  The parties have agreed to request Court approval of this extension for Plaintiff's

1

opposition response time up to and including **May 7, 2021**. This extension was requested by Plaintiff's counsel, who needs additional time to review the motion and prepare a thorough opposition.

Moreover, by this same stipulation, the parties also agree to extend the time for Defendant to file a reply brief in support of its motion for summary judgment by an additional seven (7) days, making its reply due **May 28, 2021**.

This extension request is made in good faith and will not unduly delay this matter in any way.

DATED 16th day of April, 2021.        DATED 16th day of April, 2021.

**GILBERT & ENGLAND LAW FIRM**        **LITTLER MENDELSON, P.C.**

 /s/ Danielle J. Barraza                 /s/ Ethan D. Thomas
KATHLEEN J. ENGLAND, ESQ.              PATRICK H. HICKS, ESQ.
Nevada Bar No. 206                     Nevada Bar No. 4632
610 South Ninth Street                 ETHAN D. THOMAS, ESQ.
Las Vegas, Nevada 89101                Nevada Bar No. 12874
                                       3960 Howard Hughes Parkway, Suite 300
JASON R. MAIER, ESQ.                   Las Vegas, Nevada 89169
Nevada Bar No. 8557                    *Attorneys for Defendant Desert Palace, LLC,*
DANIELLE J. BARRAZA, ESQ.              *dba Caesars Palace*
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff Shane Kaufmann*

IT IS SO ORDERED.

DATED __April 19_____, 2021.

_____
KENT J. DAWSON
United States District Judge

2