```
 1  PATRICK H. HICKS, ESQ., Bar # 4632
    ETHAN D. THOMAS, ESQ., Bar #12874
 2  LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway
 3  Suite 300
    Las Vegas, NV  89169-5937
 4  Telephone:    702.862.8800
    Fax No.:      702.862.8811
 5  Email:        phicks@littler.com
                  edthomas@littler.com
 6
 7  Attorneys for Defendant
    DESERT PALACE, LLC f/k/a
 8  DESERT PALACE, INC.
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHANE KAUFMANN, | Case No. 2:18-cv-02037-KJD-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| DESERT PALACE, INC., d/b/a CAESARS PALACE, DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

Plaintiff SHANE KAUFMANN and Defendant DESERT PALACE, LLC f/k/a DESERT PALACE, INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

The parties agree that no party to this stipulation shall be deemed to be a prevailing party in this action as to the claims dismissed by this stipulation and that no party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this stipulation.

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party to this stipulation shall bear its own costs and fees for the claims dismissed by this stipulation.

Dated: September 27, 2021.

Respectfully submitted,

/s/ Danielle J. Barraza
JASON R. MAIER, ESQ.
DANIELLE J. BARRAZA, ESQ.
MAIER GUTIERREZ & ASSOCIATES

KATHLEEN J. ENGLAND, ESQ.
GILBERT & ENGLAND LAW FIRM

Attorneys for Plaintiff

Dated: September 27, 2021.

Respectfully submitted,

/s/ Ethan D. Thomas
PATRICK H. HICKS, ESQ.
ETHAN D. THOMAS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
DESERT PALACE, LLC f/k/a
DESERT PALACE, INC.

**IT IS SO ORDERED.**

Dated: __September 28__, 2021.

_____
UNITED STATES DISTRICT JUDGE

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800